IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-cv-01629-AP**

**REX N. INTCHAUSPI**,

       Plaintiff,

v.

**JO ANNE B. BARNHART**, Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

        Gregory J. Styduhar, Esq.
        Koncilja & Koncilja, P.C.
        125 West B Street
        Pueblo, CO 81003
        (719) 543-9591(telephone)
        (719) 543-0247 (facsimile)

    **For Defendant:**

        TROY A. EID
        United States Attorney
        KURT BOHN
        Assistant United States Attorney

    By:    Laura Ridgell-Boltz
        Special Assistant United States Attorney
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294

      (303) 844-1571
      (303) 844-0770 (facsimile)

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

  The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

  A. Date Complaint Was Filed: <u>August 16, 2006.</u>
  B. Date Complaint Was Served on U.S. Attorney's Office: <u>August 25, 2006.</u>
  C. Date Answer and Administrative Record Were Filed: <u>October 24, 2006</u>.

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

  **Plaintiff, to the best of his knowledge, states that the administrative record is complete and accurate.**
  **Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

  **Plaintiff does not intend to submit additional evidence.**
  **Defendant does not intend to submit additional evidence.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

  **Plaintiff, to the best of his knowledge, does not believe the case raises unusual claims or defenses.**
  **Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**

**7. OTHER MATTERS**

  **Plaintiff has no other matters to bring to the attention of the court.**
  **Defendant has no other matters to bring to the attention of the court.**

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**    **JANUARY 19, 2007.**
    B.    **Defendant's Response Brief Due:**    **FEBRUARY 19, 2007.**
    C.    **Plaintiff's Reply Brief (If Any) Due:**  **MARCH 5, 2007.**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement.**
**Plaintiff does not request oral argument.**

    **B. Defendant's Statement:**
**Defendant does not request oral argument.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    **(X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.    **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

**The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.**

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

DATED this **14th day of December, 2006.**

                                          BY THE COURT:

                                          *S/John L. Kane*
                                          U.S. DISTRICT COURT JUDGE

**APPROVED:**

    **For Plaintiff:**

    **s/Gregory J. Styduhar   Date: 12/14/06**
    512 S. 8th Street
    Colorado Springs, CO 81301
    (719) 473-1515 (telephone)
    (719) 543-0247 (facsimile)
    greg@konciljaandkoncilja.com

    **For Defendant:**

    TROY A. EID
    United States Attorney
    KURT BOHN
    Assistant United States Attorney

    **s/Laura Ridgell-Boltz   Date: 12/14/06**
By:   Laura Ridgell-Boltz
    Special Assistant United States Attorney

    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-1571
    (303) 844-0770 (facsimile)
    laura.ridgell-boltz@ssa.gov